UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RICHARD N. MOSEMAN** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**CROSS ROAD TRAIL, INC. et al** )<br>)<br>Defendants )<br>_____ ) | Civ No. JFM 00 2547 |

### ORDER GRANTING MOTION FOR JUDGMENT BY DEFAULT AS TO DEFENDANT ROLLINS AVENUE, INC.

Upon consideration of Plaintiff's motion requesting entry of judgment by default, it appearing that the Summons and Complaint were properly served upon Defendant Rollins Avenue, Inc., and that Defendant has failed to answer or otherwise respond in a timely manner, and this Court being satisfied that Plaintiff is entitled to the relief requested, it is accordingly this _20th_ day of _November_ 2000

**ORDERED**, that the motion for judgment by default be and it is hereby GRANTED; and it is further

**ORDERED**, that the Award of Arbitrator dated December 22, 1999 in favor of Richard N. Moseman and against Defendant Rollins Avenue, Inc., a copy of which is attached to the Petition, be and it is hereby confirmed pursuant to §3-227 of the Maryland Courts & Judicial Proceedings Code; and it is further

**ORDERED**, that judgment is entered in favor of Richard N. Moseman against Rollins Avenue, Inc. in the principal amount of $1,431,939.34 plus costs; and it is further

**ORDERED**, that Plaintiff is allowed pre-judgment interest in the amount of $69,611.20, and such interest shall be added to and included in the judgment in Plaintiff's favor.

_____
JUDGE, U.S. District Court